PROB 12C
(6/16)

Report Date: August 27, 2018

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2018

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Romero-Romero          Case Number: 0980 4:15CR06027-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 14, 2016

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: May 5, 2017 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: May 4, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Daniel Romero-Romero violated the conditions of his supervision by being arrested and charged with driving with a suspended license, 3rd degree, refuse to comply, and failure to stop at a stop sign on August 25, 2018, Pasco District Court, docket numbers 8Z0843248 and 8Z0843247.<br><br>On June 16, 2016, Mr. Romero-Romero was advised of the conditions of his Supervised Release by the Court.  Upon completion of his sentence, the offender was removed from the United States to Mexico on May 6, 2017.<br><br>On August 25, 2018, the offender was contacted by an officer of the Pasco Police Department after Mr. Romero-Romero was driving a vehicle which was observed by the officer to have stopped 10 feet past the stop threshold line. After the vehicle was stopped, the offender stated that he did not have identification and gave a false name.  The officer discovered Mr. Romero-Romero's correct name and arrested him on the new charges as well as other outstanding warrants. Arraignment is set for August 27, 2018. |

Prob12C
**Re: Romero-Romero, Daniel**
**August 27, 2018**
**Page 2**

2  **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: Daniel Romero-Romero violated the conditions of his supervision by returning to the United States without permission.

On June 16, 2016, Mr. Romero-Romero was advised of the conditions of his Supervised Release by the Court. Upon completion of his sentence, the offender was removed from the United States to Mexico on May 6, 2017.

On August 25, 2018, the offender was contacted by an officer of the Pasco Police Department after Mr. Romero-Romero was driving a vehicle which was observed by the officer to have stopped 10 feet past the stop threshold line. After the vehicle was stopped, the offender stated that he did not have identification and gave a false name. The officer discovered Mr. Romero-Romero's correct name and arrested him on the new charges as well as other outstanding warrants. Immigration & Customs Enforcement determined that the offender was in the United States without permission and has entered a detainer with the Franklin County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/27/2018

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

08/27/2018
Date