PROB 12C
(6/16)

Report Date: March 13, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2019

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel Romero-Romero      Case Number: 0980 4:15CR06027-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 14, 2016

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Burson | Date Supervision Commenced: May 5, 2017 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: May 4, 2020 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/27/2018.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

3 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime.

**Supporting Evidence**: Daniel Romero-Romero violated the conditions of his supervision by entering a guilty plea to Alien in United States After Deportation, 8 U.S.C. § 1326, on March 11, 2019, in the U.S. District Court, Eastern District of Washington, cause number 4:18CR06049-EFS-1.

On June 16, 2016, Mr. Romero-Romero was advised of the conditions of his supervised release by the Court. Upon completion of his sentence, the offender was removed from the United States to Mexico on May 6, 2017.

On August 25, 2018, the offender was contacted by an officer of the Pasco Police Department after Mr. Romero-Romero was driving a vehicle which was observed by the officer to have stopped 10 feet past the stop threshold line. After the vehicle was stopped, the offender stated he did not have identification and gave a false name. The officer discovered Mr. Romero-Romero's correct name and arrested him on new charges, as well as other outstanding warrants. U.S. Immigration & Customs Enforcement determined that the offender was in the United States without permission. On March 11, 2019, Mr. Romero-

Romero entered a guilty plea to Alien in United States After Deportation, 8 U.S.C. § 1326, in the U.S. District Court, Eastern District of Washington, cause number 4:18CR06049-EFS.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 13, 2019

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

March 14, 2019

Date